IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01990–EWN–CBS

MARY NEIGHBOURS, as mother and next friend of JOSEPH NEIGHBOURS, JR., and NANCY JACKSON, individually and as mother and next friend of JORDAN JACKSON,

    Plaintiffs,

v.

THE HANOVER INSURANCE COMPANY,

    Defendant.

---

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2, on the 17th day of January, 2006, the court was notified of the parties' unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised, it is

**ORDERED** as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Craig B. Shaffer; and

3.  Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 24th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge