IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01990-BNB-CBS

MARY NEIGHBOURS, as mother and next friend of JOSEPH NEIGHBOURS, JR., and
NANCY JACKSON, individually and as mother and next friend of JORDAN JACKSON,

Plaintiffs,

v.

THE HANOVER INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference.  This case is related to Case

No. 05-cv-01142-BNB-CBS *Neighbours v. The Hanover Ins. Co.*

IT IS ORDERED that the case schedule is modified to the following extent:

> **Discovery Cut-Off:**                    October 31, 2006
>
> (All discovery must be **completed** by the discovery cut-off.  All
> written discovery must be served so that responses are due on or
> before the discovery cut-off.)
>
> **Dispositive Motions Deadline:**         November 30, 2006
>
> **Expert Disclosures:**
>
> **(a)**   The parties shall designate all experts and provide
> opposing counsel with all information specified in
> Fed. R. Civ. P. 26(a)(2) on or before **August 15,
> 2006**

  **(b)**  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 29, 2006**

  **Final Pretrial Conference:** A final pretrial conference is set for **January 29, 2007, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **January 22, 2007**.

  IT IS FURTHER ORDERED that the parties may agree that specified discovery is taken for use in this case and 05-cv-01142-BNB-CBS.

  Dated February 6, 2006.

            BY THE COURT:

             s/ Boyd N. Boland
            United States Magistrate Judge