IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01990-BNB-CBS

MARY NEIGHBOURS, as mother and next friend of JOSEPH NEIGHBOURS, JR., and
NANCY JACKSON, individually and as mother and next friend of JORDAN JACKSON,

Plaintiffs,

v.

THE HANOVER INSURANCE COMPANY,

Defendant.

_____

## ORDER

_____

This matter is before me on the **Stipulated Motion to Dismiss** [Doc. # 25, filed July 21, 2006] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated July 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland_____

United States Magistrate Judge